ACCEPTED
01-14-00869-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 9:22:05 AM
CHRISTOPHER PRINE
CLERK

# MURRAY │ LOBB, PLLC
### ATTORNEYS & COUNSELORS AT LAW
700 GEMINI, SUITE 115
HOUSTON, TEXAS 77058-2735
Phone: (281) 488-0630 Fax: (281) 488-2039
Web Site: www.murray-lobb.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/30/2015 9:22:05 AM

CHRISTOPHER A. PRINE
Clerk

April 30, 2015

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

## NOTICE OF SETTLEMENT

Re:     Cause No. 01-14-00869-CV; *Richard Makover, Appellant vs. Randy S. Turrentine, Appellee;* in the Court of Appeals, First Judicial District, Houston, Texas

Dear Madam or Sir:

Please be advised that the parties have resolved their issues and reached a settlement of the above-referenced matter.

The parties hereby request that this matter and all deadlines be placed on hold for 21 days to allow for preparation and exchange of the final settlement documentation.

Thank you for your consideration in this matter. If you have any questions or require anything further, please immediately contact the undersigned or his assistant Marie by calling 281-488-0630.

Very truly yours,

Murray | Lobb, PLLC


By:     */s/ Kyle L. Dickson*
        Kyle L. Dickson

Enclosure(s)

cc:     Ronald J. Smeberg                    BY FAX TO (210) 598-7357 AND/OR
        Smeberg Law Firm, PLLC               BY ELECTRONIC SERVICE
        2010 W. Kings Hwy
        San Antonio, Texas 78201